IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CLINTON W. LINDSEY,<br>　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK NATIONAL<br>ASSOCIATION, *Successor by Merger to*<br>*Chase Home Finance, LLC*, et al.,<br>　　　Defendants. | §<br>§<br>§<br>§   Civil Action No. 3:12-CV-4535-M-(BH)<br>§<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Plaintiff's Motion to Remand*, filed December 7, 2012 (doc. 16), is **GRANTED,** and *Defendant DHI Mortgage Company's Rule 12(b)(6) Motion to Dismiss*, filed December 31, 2012 (doc. 21), is **DENIED as moot.**

SIGNED this 13th day of June, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS